46 A.3d 709

**Ex rel. Lamonz SANTO, Petitioner**

**v.**

**David VARANO, Respondent.**

**No. 41 EM 2012.**

Supreme Court of Pennsylvania.

June 14, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of June, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**